ANTONIO MELIAN PAVIA, Respondent, v. PARK-LEXINGTON CORPORATION,

Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.  [138 Misc. 600.]